DAVID D. HAMMOND v. THE BOARD OF TRUSTEES, PUBLIC EMPLOYEES' RETIREMENT SYSTEM.

May 30, 1989.

Petition for certification denied.

IN THE MATTER OF CERTAIN MODIFICATIONS TO THE ADOPTED AND APPROVED SOLID WASTE MANAGEMENT PLAN OF THE MIDDLESEX COUNTY SOLID WASTE MANAGEMENT DISTRICT.

May 30, 1989.

Petitions for certification denied.

AMERICAN HYDRO POWER PARTNERS, L.P. v. CITY OF CLIFTON AND ATTORNEY GENERAL OF NEW JERSEY.

May 30, 1989.

Petitions for certification denied.